| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>POUGHKEEPSIE DIVISION | Hearing Date: October 30, 2018<br>Hearing Time: 10:50 a.m. |

-------------------------------------------------------------X

In Re:  
          SEAN M. DUNN,

                      Debtor.

CHAPTER 7

Case No. 18-36566-cgm

-------------------------------------------------------------X

## ORDER TERMINATING AUTOMATIC STAY

      Upon the motion of HUDSON VALLEY FEDERAL CREDIT UNION, dated October 4, 2018, seeking relief from the automatic stay, and this matter having been heard on October 30, 2018, and there being no opposition thereto; it is

      **ORDERED**, that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d)(1) and (2) as to movant's lien interest in the 2008 Ford F-350 ("the Vehicle") bearing VIN No. 1FTWW33R18EE08848, described in said motion, and it is further

      **ORDERED,** that Movant shall account to this estate for any surplus proceeds realized after sale.



**Dated: November 2, 2018**  
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris  
_____  
**Hon. Cecelia G. Morris**  
**Chief U.S. Bankruptcy Judge**