UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

SEAN M. DUNN,

Debtor.

Case No. 18-36566-cgm
(Chapter 7)

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
OF ALL ORDERS, NOTICES, AND PLEADINGS
UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

Ford Motor Credit Company LLC, a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED: August 14, 2019
Latham, New York

/s/ Martin A Mooney
Martin A. Mooney, Esq. (MM 8333)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
Attorneys for Ford Motor Credit Company LLC
Office and P.O. Address
950 New Loudon Road, Suite 109
Latham, New York 12110
Phone: (518) 786-9069
E-Mail: MMooney@schillerknapp.com

TO: Court Clerk
355 Main Street
Poughkeepsie, New York 12601

Francis J. O'Reilly, Esq.
1961 Route 6
Carmel, New York 10512

Office of the United States Trustee
(Southern District of New York) (US Trustee)
11A Clinton Ave, Room 620
Albany, New York 12207

19-08235