UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK     x
In Re:

    SEAN DUNN

        Debtor

_____x

Chapter 7
Case No.: 18-36566(CGM)

NOTICE OF STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED going forward, the law firm of Carlos Cuevas, Esq., will be substituting for, and replacing, the law offices of Francis J. O'Reilly, Esq., as counsel of record for SEAN DUNN in this case.

Francis J. O'Reilly, Esq., shall no longer represent nor have any responsibility to represent SEAN DUNN in this matter.

Contact information for new counsel is as follows: Carlos J. Cuevas, Esq., 1250 Central Park Avenue, Yonkers, New York 10704.

I consent to the above substitution.
Dated: December 12, 2019

          Sean Dunn
  /s/ Sean Dunn
  (Signature of Party(s))

I consent to being substituted.
Dated: December 12, 2019

  /s/ Francis J. O'Reilly
  (Signature of Former Attorney)

I consent to the above substitution.
Dated: December 12, 2019

  /s/ Carlos Cuevas
  (Signature of New Attorney)