UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re                                              Chapter 7

SEAN M. DUNN,                                      Case No. 18-36566(CGM)

                        Debtor.

-----------------------------------------------------------X

### ORDER GRANTING MOTION FOR CONTEMPT AND IMPOSING SANCTIONS AGAINST MR. PAUL KARIAN FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY

Upon the Notice of Motion of Sean M. Dunn dated November 20, 2019; the Declaration of Carlos J. Cuevas, Esq. in Support of the Motion for Contempt and the Imposition Sanctions Against Paul Karian for Willful Violations of the Automatic Stay dated November 18, 2019; the Declaration of Sean M. Dunn in Support of the Motion for Contempt and the Imposition Sanctions Against Paul Karian for Willful Violations of the Automatic Stay dated November 18, 2019; the Reply Declaration of Carlos J. Cuevas, Esq. In Support of Motion for Contempt and the Imposition of Sanctions Against Paul Karian for Willful Violations of the Automatic Stay dated December 12, 2019; the Reply Declaration of Sean M. Dunn In Support of Motion for Contempt and the Imposition of Sanctions Against Paul Karian for Willful Violations of the Automatic Stay dated December 12, 2019; the hearing conducted on December 17, 2019; after hearing Carlos J. Cuevas, Esq. in support of the Motion for Contempt and the Imposition Sanctions Against Paul Karian for Willful Violations of the Automatic Stay (the "Motion"); there being no appearance by Mr. Karian; there being no written opposition to the Motion filed

by Mr. Karian; there being good and sufficient service of the Motion; after due deliberation; there being sufficient cause; and upon all the proceedings had herein; it is

ORDERED, that the Motion is granted because Mr. Paul Karian is found to have willfully violated Bankruptcy Code Section 362(a)(6) on October 11, 2019 by spraying the Debtor with pepper spray and attacking the Debtor with a hunting knife; it is further

ORDERED, that Mr. Dunn is granted compensatory damages in the amount of $5,225.00; it is further

ORDERED, that Mr. Dunn is awarded legal fees and costs in the amount of $16,857.60; it is further

ORDERED, that Mr. Dunn's compensatory damages and legal fees and costs shall be payable to Debtor's counsel, Carlos J. Cuevas, Esq., 1250 Central Park Avenue, Yonkers, New York 10704; and it is further

ORDERED, that if Mr. Paul Karian further violates Bankruptcy Code Section 362(a) in this bankruptcy case that he will be sanctioned $5,000.00 for each further violation; it is further

ORDERED, that the Debtor shall have judgment and execution against Mr. Paul Karian in the amount of $22,082.60, which shall be enforced in any court of competent jurisdiction; and it is further

ORDERED, that the fourteen day stay is hereby waived, it is further

ORDERED, that the Debtor shall promptly cause a copy of this Order to be served upon Mr. Paul Karian.

**Dated: January 10, 2020**
    **Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**