UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re                                                              Chapter 7

SEAN M. DUNN,                          Case No. 18-36566(CGM)

                          Debtor.

-----------------------------------------------------------X

## ORDER DENYING MOTION TO VACATE ORDER GRANTING MOTION FOR CONTEMPT AND IMPOSING SANCTIONS AGAINST MR. PAUL KARIAN FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY

       Upon the letter of Mr. Paul Karian dated February 20, 2020; the Objection of Mr. Sean M. Dunn to the Motion to Vacate Order Granting Motion for Contempt and Imposing Sanctions Against Mr. Paul Karian for Willful Violations of the Automatic Stay dated May 18, 2020; the hearing conducted on June 2, 2020; after hearing Max DiFabio, Esq. in support of the Motion to Vacate Order Granting Motion for Contempt and Imposing Sanctions Against Mr. Paul Karian for Willful Violations of the Automatic Stay (the "Motion"); after hearing Carlos J. Cuevas, Esq. in opposition to the Motion; there being good and sufficient service of the Motion; after due deliberation; there being sufficient cause; and upon all the proceedings had herein, it is

       ORDERED, that the Motion is denied.



**Dated: June 5, 2020**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**