UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re

SEAN M. DUNN,

         Debtor.

Chapter 7

Case No. 18-36566(CGM)

------------------------------------------------------------X

LAK3, LLC,

         Plaintiff,

-against-

SEAN M. DUNN,

         Defendant.

Adv. Pro. No. 18-09038(CGM)

------------------------------------------------------------X

## ORDER APPROVING SETTLEMENT AMONG
## LAK3, LLC; SEAN M. DUNN; AND GERALD DUNN

Upon the Notice of Motion of Sean M. Dunn dated March 15, 2022; the Motion to Approve a Settlement among Sean M. Dunn, LAK3, LLC, and Gerald Dunn with Points and Authorities (the "Motion"); the Declaration of Sean M. Dunn dated March 14, 2022; the Declaration of Carlos J. Cuevas, Esq. dated March 15, 2022; the Statement of LAK3, LLC In Support of Motion to Approve Settlement dated April 12, 2022; the hearing conducted on April 19, 2022; after hearing Carlos J. Cuevas, Esq. in support of the Motion; after hearing David T. Azrin, Esq. in support of the Motion; after hearing Avery Samet, Esq. in support of the Motion; there being no opposition to the Motion; there being good and sufficient service of the Motion; after due deliberation; there being sufficient cause; and upon all the proceedings had herein; it is

       ORDERED, that the Motion is granted, it is further

ORDERED, that LAK3, LLC's objection to the Mr. Sean M Dunn's discharge is hereby discontinued with prejudice; and it is further

ORDERED, that the adversary proceeding entitled LAK3, LLC v. Dunn, Adv. Pro. No. 18-9038(CGM) is hereby discontinued with prejudice, and it is further

ORDERED, that Mr. Sean Dunn's obligations under the attached Stipulation are non-dischargeable under the Bankruptcy Code, and it is

ORDERED, that the Stipulation attached as Exhibit A hereto among Sean M. Dunn, LAK3, LLC, and Gerald Dunn is hereby "SO ORDERED."



**Dated: April 25, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**