UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
---------------------------------------------------------------X

In re                                                                   Chapter 7

SEAN M. DUNN,                                                Case No. 18-36566(CGM)

          Debtor.

---------------------------------------------------------------X

## ORDER REOPENING BANKRUPTCY CASE

Upon the Motion of Sean Dunn to Reopen Bankruptcy Case dated February 27, 2024 and exhibits thereto (the "Motion"); the Declaration of David Azrin, Esq. dated February 27, 2024 and exhibits thereto; the Objection to Motion to Reopen of LAK3, LLC dated March 25, 2024; the Declaration of Michael R. Gordon dated March 21, 2024 and exhibits thereto; the Declaration of Jay A. Friedman dated March 20, 2024 and exhibits thereto; the Declaration of Ned Kleinschmidt dated March 21, 2024; the Reply of Sean Dunn in Support of His Motion to Reopen Bankruptcy Case dated March 28, 2024; the hearing conducted on April 2, 2024; after hearing Carlos J. Cuevas, Esq. in support of the Motion; after hearing Michael R. Gordon, Esq. in opposition to the Motion; there being good and sufficient service of the Motion; there being sufficient cause; after due deliberation; the Decision read into the record on April 2, 2024 granting the Motion; and upon all the proceedings had herein, it is

        ORDERED, that the Motion is granted; it is further

        ORDERED, that this bankruptcy case is reopened; and it is further

1

ORDERED, that the Debtor is hereby authorized to prosecute a motion for civil contempt against LAK3, LLC and/or to make any other appropriate motion.

Dated: April 3, 2024
Poughkeepsie, New York



/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge