1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 18-36566-cgm

4    - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    SEAN M. DUNN,

8

9          Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - x

11                   United States Bankruptcy Court

12                   355 Main Street

13                   Poughkeepsie, NY 12601

14

15                   April 2, 2024

16                   10:12 AM

17

18

19

20

21   B E F O R E :

22   HON CECELIA G. MORRIS

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:   UNKNOWN

1    HEARING re Doc# 96 Motion to Reopen Chapter 7 Case filed by

2    Carlos J. Cuevas on behalf of Sean M. Dunn with hearing to

3    be held on 4/2/2024 at 09:00 AM at Videoconference

4    (ZoomGov) (CGM) Responses due by 3/26/2024,. (Attachments: #

5    1 Exhibit A # 2 Exhibit B # 3 Declaration of David T. Azrin,

6    Esq. # 4 Azrin Ex. 1 # 5 Azrin Ex. 2 # 6 Azrin Ex. 3 # 7

7    Azrin Ex. 4 # 8 Azrin Ex. 5 # 9 Azrin Ex. 6 # 10 Azrin Ex. 7

8    # 11 Azrin Ex. 8 # 12 Notice of Hearing # 13 Proposed Order)

9

10    HEARING re Doc# 99 Reply to Motion to Reopen Bankruptcy Case

11    (related document(s)96) filed by Carlos J. Cuevas on behalf

12    of Sean M. Dunn. (Attachments: # 1 Exhibit A-Order Approving

13    Settlement) (Cuevas, Carlos)

14

15    HEARING re Doc# 98 Objection to Motion to Reopen filed by

16    Michael Robert Gordon on behalf of LAK3, LLC.

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

1    A P P E A R A N C E S :

2

3    LAW OFFICE OF CARLOS J. CUEVAS

4          Attorneys for Sean M. Dunn

5          1250 Central Part Avenue

6          Yonkers, NY 10704

7

8    BY:  CARLOS J. CUEVAS

9

10   FRED STEVENS, Pro Se as Trustee

11

12   ALSO PRESENT:

13   DAVID T. AZRIN

14   JEFFREY CHUBAK

15   MICHAEL ROBERT GORDON

16   AVERY SAMET

17

18

19

20

21

22

23

24

25

1              P R O C E E D I N G S

2          THE COURT:  18-36566 Sean Dunn.

3          MR. CUEVAS:  Good morning, Your Honor.  Carlos

4    Cuevas for the debtor and movant.

5          MR. GORDON:  Good morning, Your Honor.  Michael

6    Gordon of Gordon Law LLP for LAK3, LLC.

7          THE COURT:  This is your motion, Mr. Cuevas.

8          MR. CUEVAS:  Yes, Your Honor.  Your Honor,

9    approximately two years ago there was a settlement here

10   among Gerald Dunn, Sean Dunn, and LAK3.  A component of that

11   settlement was that 1099 forms issued by LAK3 would be

12   expunged.  Unfortunately, Your Honor, two LAK3 forms were

13   expunged, but there is a remaining third form for 2019.

14   LAK3 has disputed that it issued -- ever issued the 2019

15   Form.  But Your Honor, all the information on that 2019 Form

16   is correct.  And the transcript -- the tax transcript in

17   question says that it was issued by LAK3.

18          So at -- during the last two years, Your Honor, we

19   have diligently tried to reach a (indiscernible) resolution

20   regarding the correction of this bogus 2019 1099 Form, but

21   we have been unable to reach a resolution with LAK3.  And

22   that's why this (indiscernible) to reopen either have a

23   contempt motion or an order directing LAK3 to take remedial

24   action to rectify the bogus 1099 Form, which is in excess of

25   $322,000.

1     LAK3 has raised a jurisdictional objection to the

2  motion stating that you lack subject matter jurisdiction to

3  adjudicate this motion.  Your Honor, given the case law in

4  the Second Circuit, we think that LAK3 is incorrect because

5  only you have the authority to enforce your own order.  And

6  that is consistent with Taggert and the (Indiscernible)

7  case.  So in terms of jurisdiction, Your Honor, we think

8  you're the only court that has the authority to enforce Your

9  Honor's own order.

10     And the -- my last point is, Your Honor, that my

11  client's fresh start has been equally endangered because of

12  this pending tax liability, which is in excess of $80,000.

13  So there is a valid reason to reopen the case either to hold

14  LAK3 in contempt or to have a supplemental order issued

15  directing LAK3 to take remedial action to rectify the bogus

16  1099 Form.  Because, Your Honor, if LAK3 is correct that it

17  did not issue the bogus 1099 Form, then it would have

18  incentive to prevent a fraudulent document being filed with

19  the IRS.  Thank you for your time, Your Honor.

20          THE COURT:  Mr. Gordon?

21          MR. GORDON:  Thank you, Your Honor.  I just would

22  also note that my co-counsel Avery Samet is also here online

23  this morning also on behalf of LAK3.  I'm not really sure,

24  Your Honor, why Mr. Cuevas has brought this matter before

25  Your Honor.  I agree with him that two years ago LAK3 and

1    Mr. Dunn, and also Mr. -- his brother, who is his business

2    partner, entered into a written settlement agreement to

3    resolve a state court litigation that Your Honor

4    (indiscernible) during the pendency of this case following a

5    lift-stay order.

6            And that settlement agreement contains a mandatory

7    form collection clause directing the parties to Westchester

8    Supreme for any disputes arising under the settlement

9    agreement.  And Mr. Dunn's claim is, as Mr. Cuevas has

10   stated, is that in his view, LAK3 has not complied with its

11   obligation to withdraw -- that's the language used in the

12   settlement agreement -- 1099.

13           As Mr. Cuevas also said and I also agree with,

14   LAK3 did not -- it withdrew the 1099s for tax years 2016 and

15   2017, but it can't withdraw something that it never issued.

16   And for the past 11 months or so, I have been trying to

17   explain to and work with Mr. Cuevas' co-counsel, another

18   lawyer for Mr. Dunn, explaining that there simply was no

19   1099 ever issued.

20           I would note that Mr. Cuevas doesn't present such

21   a 1099.  It has never been presented in the past 11 months.

22   We have urged counsel to go to the IRS -- Mr. Dunn's counsel

23   to go to the IRS and address the issue.  In fact, Mr. Dunn's

24   brother Gerald, who is also a party to this settlement

25   agreement, did exactly that and was able to secure a

1    correction to what the IRS acknowledged was a mistake in his

2    tax transcript.

3           But the main point, frankly, is if Mr. Dunn, Mr.

4    Sean Dunn wishes to really press this issue notwithstanding

5    all of the evidence that we presented (indiscernible) does

6    exist, he's free to do it.  But he's got to do it in the

7    court that he agreed he would go to.  And that is Supreme

8    Court State of New York Westchester County.  The cases that

9    we've cited (indiscernible), there's no dispute in Mr.

10   Cuevas' reply that the settlement agreement (indiscernible)

11   selection clause is mandatory.

12          And there should be no dispute that when you have

13   a situation like this where a party allegedly hasn't

14   complied with the settlement agreement, that whose terms are

15   not explicitly incorporated into an order, it's a breach of

16   contract claim like any other breach of contract claim.  And

17   as the cases that we cite point out, if you want to press

18   the issue that you want to address, then you go to state

19   court to raise that issue.

20          And so we would ask that Your Honor deny the

21   motion to reopen on the ground that (indiscernible) does not

22   have jurisdiction under any circumstance, and frankly,

23   there's an available -- a remedy available in court to

24   direct jurisdiction.  It has jurisdiction over this matter,

25   and that's where this issue should be heard.

1          THE COURT:  Response (indiscernible)?

2          MR. CUEVAS:  Your Honor, may I be briefly heard in

3     rebuttal?

4          THE COURT:  Please.

5          MR. CUEVAS:  Your Honor, the settlement order

6     expressly incorporates the terms of the proposed settlement,

7     and it's counter-intuitive that you could approve a

8     settlement and not approve the terms of the settlement in

9     your order.  And it's counter-intuitive to posit that you

10    could not enforce your own settlement order in your own

11    court, and that you could be deprived of subject matter

12    jurisdiction.

13         Because then in essence, the settlement would be a

14    nullity because it could never be enforced.  So Your Honor,

15    in essence, we're just asking you to enforce the order and,

16    in addition, we're asking you to use your authority under

17    105(a) to ensure that Mr. Dunn's fresh start is not impeded

18    by this bogus 1099.  Thank you, Your Honor.

19         MR. GORDON:  Your Honor, just a quick word?

20         THE COURT:  Yes, sir.

21         MR. GORDON:  Thank you.  The order approving the

22    settlement agreement does not -- and perhaps Mr. Cuevas

23    doesn't have it handy, but I think it does not incorporate

24    the terms of the settlement agreement.  It simply provides

25    that the stipulation attached as Exhibit A is hereby so

1    ordered.  And as we pointed out in Paragraph 70 of our

2    objection, Judge Wiles noted appropriate that, "The so

3    ordering of the stipulation ordinarily means that at least

4    some of the terms of the -- some of the approved terms of

5    your agreements, of directions, courts should be wary of

6    treating the (indiscernible) of the words "so ordered" as

7    those it may automatically mean that each and every act of

8    the party (indiscernible) has been changed into something

9    that is not by the court mandated."

10            It's not that he doesn't have relief.  It not that

11   he doesn't have an avenue to raise this claim.  It's not

12   this court, and it certainly is not contempt.  And there are

13   countless cases that make that point that there was an issue

14   with compliance with the settlement agreement.  That's the

15   state court (indiscernible) matter, and it should be

16   directed to Westchester Supreme.  And if they wish to raise

17   it there, they're free to do so.

18            THE COURT:  Very good.

19            MR. GORDON:  Your Honor, may I have one moment

20   just to address the last comment?

21            THE COURT:  A quick one.

22            MR. GORDON:  Your Honor, if you look at Page 2 of

23   your order, it states, "Ordered that the stipulation

24   attached as Exhibit A (indiscernible) among Sean M. Dunn

25   (indiscernible) and Gerald Dunn is hereby so ordered."

1      THE COURT:  Very good.

2      MR. GORDON:  And it is clear that the order

3  incorporates the stipulation --

4      THE COURT:  Very good.

5      MR. GORDON:  -- and it's part of the order.

6      THE COURT:  The Court will take a quick recess.

7      BAILIFF:  All rise.

8      MR. GORDON:  Thank you, Your Honor.

9      MR. CUEVAS:  Thank you.

10     (Recess)

11     THE COURT:  Very good.  Thank you.  We're back on

12  the record.  Hold on just a second.

13     AUTOMATED VOICE:  Recording in progress.

14     THE COURT:  The bankruptcy court has subject

15  matter jurisdiction pursuant to 28 --

16     AUTOMATED VOICE:  Recording stopped.

17     THE COURT:  Give us a second.

18     CLERK:  (Inaudible).

19     THE COURT:  Am I --

20     AUTOMATED VOICE:  Recording in progress.

21     THE COURT:  Can I be heard?  Do you hear me, Mr.

22  Cuevas and Mr. Gordon?  You have to unmute the courtroom.

23  Mr. Cuevas and Mr. Gordon, do you hear me?

24     MR. CUEVAS:  Yes, Your Honor.

25     THE COURT:  Very good.

1          MR. GORDON:  Yes, Your Honor.

2          THE COURT:  Thank you.  I was on mute, and it's

3    rather complicated when I'm in the courtroom.  The

4    bankruptcy court has subject matter jurisdiction pursuant to

5    28 U.S.C. 134, 1334(a), and 157(a).  And the amended

6    standing order of reference signed by Chief Judge Loretta

7    Prescott dated January the 31st, 2012 in -- to hear motions

8    for contempt even In re Eppolito, 583 B.R. 822 (SDNY Bankr.

9    2018).  Courts have inherent power to enforce compliance

10   with their lawful orders through civil contempt.  And that's

11   MH Global, 563 B.R. 4.  And we're not at that stage now.

12   We're simply at the stage to reopen the case.

13          Bankruptcy courts retain jurisdiction to enforce

14   their own orders.  In re Millenium Seacarriers Inc., 419

15   F.3d 83 (2d Cir. 2005).  This power derives from the

16   inherent power of the court along with 11 U.S.C. 105 and 28

17   U.S.C. 1.  I didn't realize you couldn't see me either.

18   There we go.  The power derives from the inherent -- this

19   power derives from the inherent power of the court along

20   with 11 U.S.C. 105 and 28 U.S.C. 157, In re Residential

21   Capital, LLC, 571 B.R. 581 (S.D.N.Y. 2017).  Also see

22   Maritime Asbestosis Legal Clinic v. LTB Steel, In re

23   Chateaugay, 920 F.2d 183 (2d Cir. 1990).

24          A case may be reopened on the motion of the debtor

25   pursuant to 350(b) of the Code.  That's Bankruptcy --

1    Federal Bankruptcy Rule 5010.  Section 350(b) permits the

2    bankruptcy court to reopen the case to administer assets to

3    accord relief to the debtor or for other causes.  11 U.S.C.

4    359(b), In re Wilson, 492 B.R. 691 (Bankr. S.D.N.Y. 2013).

5              In deciding whether to reopen a case under 350(b),

6    courts may consider equitable concerns and all to emphasize

7    substance over technical consideration.  Baston v.

8    Emmerling, 223 B.R. 860.  That's the 2nd Circuit B.A.P.

9    1997, which was quoting Collier's Paragraph 350.03 in --

10   which was the 1996.  Courts will also consider the benefits

11   to the debtor, the prejudice to the affected entity, and the

12   benefits to the creditor.  In re Koch, 229 B.R. 78 (E.D.N.Y.

13   1999).

14             Section 350(b) does not limit the time to make the

15   motion to reopen.  In re Arana, 453 B.R. 161, an Eastern

16   District of New York case, 2011.  In this case, Creditor's

17   argument that this Court lacks subject matter jurisdiction

18   is without merit.  As this Court retains jurisdiction to

19   enforce its own orders, including the enforcement of

20   settlement orders.  And I respect Judge Wiles greatly.  We

21   have possibly a different set of circumstances here.  In re

22   Residential Capital, LLC, 571 B.R. 581 (S.D.N.Y. 2017) and

23   again Chateaugay.

24             This Court also has the inherent power to enforce

25   compliance with its orders through civil contempt.  We're

1    not at that stage yet.  We're simply reopening the case.

2    Debtor continued to resolve Creditor's failure to comply

3    with the settlement order without judicial intervention for

4    two years, and reopening the case would allow the Debtor the

5    ability to prosecute any kind of motions it sees fit for

6    failure to comply with the settlement order.

7           This constitutes cause to reopen the matter under

8    Section 550(b) as a failure to withdraw the 1099 creates a

9    tax liability for the Debtor.  That's 11 U.S.C. 350(b).  You

10   can also see again Baston.  I will grant the motion.  Mr.

11   Cuevas, submit an order.

12          MR. CUEVAS:  Thank you very much, Your Honor.

13          THE COURT:  Thank you.

14          MR. CUEVAS:  Yep.

15          (Whereupon these proceedings were concluded at

16   10:35 AM)

17

18

19

20

21

22

23

24

25

1                           I N D E X

2

3                              RULINGS

4                                               Page       Line

5      Motion granted                           13         10

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T I O N

2

3       I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  April 16, 2024

| 0 |
|---|
| **09:00** 2:3 |

| 1 |
|---|
| **1** 2:5,6,12 11:17 |
| **10** 2:7 14:5 |
| **105** 8:17 11:16 11:20 |
| **10704** 3:6 |
| **1099** 4:11,20 4:24 5:16,17 6:12,19,21 8:18 13:8 |
| **1099s** 6:14 |
| **10:12** 1:16 |
| **10:35** 13:16 |
| **11** 2:8 6:16,21 11:16,20 12:3 13:9 |
| **11501** 15:23 |
| **12** 2:8 |
| **12151** 15:7 |
| **1250** 3:5 |
| **12601** 1:13 |
| **13** 2:8 14:5 |
| **1334** 11:5 |
| **134** 11:5 |
| **157** 11:5,20 |
| **16** 15:25 |
| **161** 12:15 |
| **18-36566** 1:3 4:2 |
| **183** 11:23 |
| **1990** 11:23 |
| **1996** 12:10 |

| **1997** 12:9 |
|---|
| **1999** 12:13 |

| 2 |
|---|
| **2** 1:15 2:5,6 9:22 |
| **2005** 11:15 |
| **2011** 12:16 |
| **2012** 11:7 |
| **2013** 12:4 |
| **2016** 6:14 |
| **2017** 6:15 11:21 12:22 |
| **2018** 11:9 |
| **2019** 4:13,14 4:15,20 |
| **2024** 1:15 15:25 |
| **223** 12:8 |
| **229** 12:12 |
| **28** 10:15 11:5 11:16,20 |
| **2d** 11:15,23 |
| **2nd** 12:8 |

| 3 |
|---|
| **3** 2:5,6 |
| **3/26/2024** 2:4 |
| **300** 15:22 |
| **31st** 11:7 |
| **322,000** 4:25 |
| **330** 15:21 |
| **350** 11:25 12:1 12:5,14 13:9 |
| **350.03** 12:9 |
| **355** 1:12 |
| **359** 12:4 |

| 4 |
|---|
| **4** 2:6,7 11:11 |
| **4/2/2024** 2:3 |
| **419** 11:14 |
| **453** 12:15 |
| **492** 12:4 |

| 5 |
|---|
| **5** 2:6,7 |
| **5010** 12:1 |
| **550** 13:8 |
| **563** 11:11 |
| **571** 11:21 12:22 |
| **581** 11:21 12:22 |
| **583** 11:8 |

| 6 |
|---|
| **6** 2:6,7 |
| **691** 12:4 |

| 7 |
|---|
| **7** 2:1,6,7 |
| **70** 9:1 |
| **78** 12:12 |

| 8 |
|---|
| **8** 2:7,8 |
| **80,000** 5:12 |
| **822** 11:8 |
| **83** 11:15 |
| **860** 12:8 |

| 9 |
|---|
| **9** 2:7 |
| **920** 11:23 |
| **96** 2:1,11 |
| **98** 2:15 |

| **99** 2:10 |
|---|

| a |
|---|
| **ability** 13:5 |
| **able** 6:25 |
| **accord** 12:3 |
| **accurate** 15:4 |
| **acknowledged** 7:1 |
| **act** 9:7 |
| **action** 4:24 5:15 |
| **addition** 8:16 |
| **address** 6:23 7:18 9:20 |
| **adjudicate** 5:3 |
| **administer** 12:2 |
| **affected** 12:11 |
| **ago** 4:9 5:25 |
| **agree** 5:25 6:13 |
| **agreed** 7:7 |
| **agreement** 6:2 6:6,9,12,25 7:10,14 8:22 8:24 9:14 |
| **agreements** 9:5 |
| **allegedly** 7:13 |
| **allow** 13:4 |
| **amended** 11:5 |
| **appropriate** 9:2 |
| **approve** 8:7,8 |
| **approved** 9:4 |
| **approving** 2:12 8:21 |
| **approximately** 4:9 |

**april**  1:15 15:25
**arana**  12:15
**argument**  12:17
**arising**  6:8
**asbestosis**  11:22
**asking**  8:15,16
**assets**  12:2
**attached**  8:25 9:24
**attachments**  2:4,12
**attorneys**  3:4
**authority**  5:5,8 8:16
**automated**  10:13,16,20
**automatically**  9:7
**available**  7:23 7:23
**avenue**  3:5 9:11
**avery**  3:16 5:22
**azrin**  2:5,6,6,6 2:7,7,7,7,8 3:13

**b**

**b**  1:21 2:5 11:25 12:1,4,5 12:14 13:8,9
**b.a.p.**  12:8
**b.r.**  11:8,11,21 12:4,8,12,15

12:22
**back**  10:11
**bailiff**  10:7
**bankr**  11:8 12:4
**bankruptcy**  1:1,11,23 2:10 10:14 11:4,13 11:25 12:1,2
**baston**  12:7 13:10
**behalf**  2:2,11 2:16 5:23
**benefits**  12:10 12:12
**bogus**  4:20,24 5:15,17 8:18
**breach**  7:15,16
**briefly**  8:2
**brother**  6:1,24
**brought**  5:24
**business**  6:1

**c**

**c**  3:1 4:1 15:1,1
**capital**  11:21 12:22
**carlos**  2:2,11 2:13 3:3,8 4:3
**case**  1:3 2:1,10 5:3,7,13 6:4 11:12,24 12:2 12:5,16,16 13:1,4
**cases**  7:8,17 9:13
**cause**  13:7

**causes**  12:3
**cecelia**  1:22
**central**  3:5
**certainly**  9:12
**certified**  15:3
**cgm**  1:3 2:4
**changed**  9:8
**chapter**  2:1
**chateaugay**  11:23 12:23
**chief**  11:6
**chubak**  3:14
**cir**  11:15,23
**circuit**  5:4 12:8
**circumstance**  7:22
**circumstances**  12:21
**cite**  7:17
**cited**  7:9
**civil**  11:10 12:25
**claim**  6:9 7:16 7:16 9:11
**clause**  6:7 7:11
**clear**  10:2
**clerk**  10:18
**client's**  5:11
**clinic**  11:22
**code**  11:25
**collection**  6:7
**collier's**  12:9
**comment**  9:20
**compliance**  9:14 11:9 12:25

**complicated**  11:3
**complied**  6:10 7:14
**comply**  13:2,6
**component**  4:10
**concerns**  12:6
**concluded**  13:15
**consider**  12:6 12:10
**consideration**  12:7
**consistent**  5:6
**constitutes**  13:7
**contains**  6:6
**contempt**  4:23 5:14 9:12 11:8 11:10 12:25
**continued**  13:2
**contract**  7:16 7:16
**correct**  4:16 5:16
**correction**  4:20 7:1
**counsel**  5:22 6:17,22,22
**counter**  8:7,9
**countless**  9:13
**country**  15:21
**county**  7:8
**court**  1:1,11 4:2,7 5:8,20 6:3 7:7,8,19,23

8:1,4,11,20 9:9
9:12,15,18,21
10:1,4,6,6,11
10:14,14,17,19
10:21,25 11:2
11:4,16,19
12:2,17,18,24
13:13
**courtroom**
10:22 11:3
**courts** 9:5 11:9
11:13 12:6,10
**creates** 13:8
**creditor** 12:12
**creditor's**
12:16 13:2
**cuevas** 2:2,11
2:13 3:3,8 4:3
4:4,7,8 5:24
6:9,13,17,20
7:10 8:2,5,22
10:9,22,23,24
13:11,12,14

**d**

**d** 4:1 14:1
**date** 15:25
**dated** 11:7
**david** 2:5 3:13
**debtor** 1:9 4:4
11:24 12:3,11
13:2,4,9
**deciding** 12:5
**declaration** 2:5
**deny** 7:20
**deprived** 8:11
**derives** 11:15
11:18,19

**different** 12:21
**diligently** 4:19
**direct** 7:24
**directed** 9:16
**directing** 4:23
5:15 6:7
**directions** 9:5
**dispute** 7:9,12
**disputed** 4:14
**disputes** 6:8
**district** 1:2
12:16
**doc** 2:1,10,15
**document** 2:11
5:18
**due** 2:4
**dunn** 1:7 2:2
2:12 3:4 4:2,10
4:10 6:1,18 7:3
7:4 9:24,25
**dunn's** 6:9,22
6:23 8:17

**e**

**e** 1:21,21 3:1,1
4:1,1 14:1 15:1
**e.d.n.y.** 12:12
**eastern** 12:15
**ecro** 1:25
**either** 4:22
5:13 11:17
**emmerling**
12:8
**emphasize**
12:6
**endangered**
5:11

**enforce** 5:5,8
8:10,15 11:9
11:13 12:19,24
**enforced** 8:14
**enforcement**
12:19
**ensure** 8:17
**entered** 6:2
**entity** 12:11
**eppolito** 11:8
**equally** 5:11
**equitable** 12:6
**esq** 2:6
**essence** 8:13,15
**evidence** 7:5
**ex** 2:6,6,6,7,7,7
2:7,8
**exactly** 6:25
**excess** 4:24
5:12
**exhibit** 2:5,5
2:12 8:25 9:24
**exist** 7:6
**explain** 6:17
**explaining**
6:18
**explicitly** 7:15
**expressly** 8:6
**expunged** 4:12
4:13

**f**

**f** 1:21 15:1
**f.2d** 11:23
**f.3d** 11:15
**fact** 6:23
**failure** 13:2,6,8

**federal** 12:1
**filed** 2:1,11,15
5:18
**fit** 13:5
**following** 6:4
**foregoing** 15:3
**form** 4:13,15
4:15,20,24
5:16,17 6:7
**forms** 4:11,12
**frankly** 7:3,22
**fraudulent**
5:18
**fred** 3:10
**free** 7:6 9:17
**fresh** 5:11 8:17

**g**

**g** 1:22 4:1
**gerald** 4:10
6:24 9:25
**give** 10:17
**given** 5:3
**global** 11:11
**go** 6:22,23 7:7
7:18 11:18
**good** 4:3,5 9:18
10:1,4,11,25
**gordon** 2:16
3:15 4:5,6,6
5:20,21 8:19
8:21 9:19,22
10:2,5,8,22,23
11:1
**grant** 13:10
**granted** 14:5
**greatly** 12:20

**ground** 7:21

**h**

**handy** 8:23
**hear** 10:21,23
 11:7
**heard** 7:25 8:2
 10:21
**hearing** 2:1,2,8
 2:10,15
**held** 2:3
**hold** 5:13
 10:12
**hon** 1:22
**honor** 4:3,5,8,8
 4:12,15,18 5:3
 5:7,10,16,19
 5:21,24,25 6:3
 7:20 8:2,5,14
 8:18,19 9:19
 9:22 10:8,24
 11:1 13:12
**honor's** 5:9
**hyde** 2:25 15:3
 15:8

**i**

**impeded** 8:17
**inaudible**
 10:18
**incentive** 5:18
**including**
 12:19
**incorporate**
 8:23
**incorporated**
 7:15

**incorporates**
 8:6 10:3
**incorrect** 5:4
**indiscernible**
 4:19,22 5:6 6:4
 7:5,9,10,21 8:1
 9:6,8,15,24,25
**information**
 4:15
**inherent** 11:9
 11:16,18,19
 12:24
**intervention**
 13:3
**intuitive** 8:7,9
**irs** 5:19 6:22
 6:23 7:1
**issue** 5:17 6:23
 7:4,18,19,25
 9:13
**issued** 4:11,14
 4:14,17 5:14
 6:15,19

**j**

**j** 2:2,11 3:3,8
**january** 11:7
**jeffrey** 3:14
**judge** 1:23 9:2
 11:6 12:20
**judicial** 13:3
**jurisdiction**
 5:2,7 7:22,24
 7:24 8:12
 10:15 11:4,13
 12:17,18
**jurisdictional**
 5:1

**k**

**kind** 13:5
**koch** 12:12

**l**

**lack** 5:2
**lacks** 12:17
**lak3** 2:16 4:6
 4:10,11,12,14
 4:17,21,23 5:1
 5:4,14,15,16
 5:23,25 6:10
 6:14
**language** 6:11
**law** 3:3 4:6 5:3
**lawful** 11:10
**lawyer** 6:18
**ledanski** 2:25
 15:3,8
**legal** 11:22
 15:20
**liability** 5:12
 13:9
**lift** 6:5
**limit** 12:14
**line** 14:4
**litigation** 6:3
**llc** 2:16 4:6
 11:21 12:22
**llp** 4:6
**look** 9:22
**loretta** 11:6
**ltb** 11:22

**m**

**m** 1:7 2:2,12
 3:4 9:24

**main** 1:12 7:3
**make** 9:13
 12:14
**mandated** 9:9
**mandatory** 6:6
 7:11
**maritime**
 11:22
**matter** 1:5 5:2
 5:24 7:24 8:11
 9:15 10:15
 11:4 12:17
 13:7
**mean** 9:7
**means** 9:3
**merit** 12:18
**mh** 11:11
**michael** 2:16
 3:15 4:5
**millenium**
 11:14
**mineola** 15:23
**mistake** 7:1
**moment** 9:19
**months** 6:16
 6:21
**morning** 4:3,5
 5:23
**morris** 1:22
**motion** 2:1,10
 2:15 4:7,23 5:2
 5:3 7:21 11:24
 12:15 13:10
 14:5
**motions** 11:7
 13:5

**movant** 4:4
**mute** 11:2

**n**

**n** 3:1 4:1 14:1
15:1
**never** 6:15,21
8:14
**new** 1:2 7:8
12:16
**note** 5:22 6:20
**noted** 9:2
**notice** 2:8
**notwithstand...**
7:4
**nullity** 8:14
**ny** 1:13 3:6
15:23

**o**

**o** 1:21 4:1 15:1
**objection** 2:15
5:1 9:2
**obligation** 6:11
**office** 3:3
**old** 15:21
**online** 5:22
**order** 2:8,12
4:23 5:5,9,14
6:5 7:15 8:5,9
8:10,15,21
9:23 10:2,5
11:6 13:3,6,11
**ordered** 9:1,6
9:23,25
**ordering** 9:3
**orders** 11:10
11:14 12:19,20

12:25
**ordinarily** 9:3
**own** 5:5,9 8:10
8:10 11:14
12:19

**p**

**p** 3:1,1 4:1
**page** 9:22 14:4
**paragraph** 9:1
12:9
**part** 3:5 10:5
**parties** 6:7
**partner** 6:2
**party** 6:24 7:13
9:8
**past** 6:16,21
**pendency** 6:4
**pending** 5:12
**permits** 12:1
**please** 8:4
**point** 5:10 7:3
7:17 9:13
**pointed** 9:1
**posit** 8:9
**possibly** 12:21
**poughkeepsie**
1:13
**power** 11:9,15
11:16,18,19,19
12:24
**prejudice**
12:11
**prescott** 11:7
**present** 3:12
6:20
**presented** 6:21
7:5

**press** 7:4,17
**prevent** 5:18
**pro** 3:10
**proceedings**
13:15 15:4
**progress** 10:13
10:20
**proposed** 2:8
8:6
**prosecute** 13:5
**provides** 8:24
**pursuant**
10:15 11:4,25

**q**

**question** 4:17
**quick** 8:19
9:21 10:6
**quoting** 12:9

**r**

**r** 1:21 3:1 4:1
15:1
**raise** 7:19 9:11
9:16
**raised** 5:1
**rather** 11:3
**reach** 4:19,21
**realize** 11:17
**really** 5:23 7:4
**reason** 5:13
**rebuttal** 8:3
**recess** 10:6,10
**record** 10:12
15:4
**recording**
10:13,16,20

**rectify** 4:24
5:15
**reference** 11:6
**regarding** 4:20
**related** 2:11
**relief** 9:10 12:3
**remaining** 4:13
**remedial** 4:23
5:15
**remedy** 7:23
**reopen** 2:1,10
2:15 4:22 5:13
7:21 11:12
12:2,5,15 13:7
**reopened**
11:24
**reopening** 13:1
13:4
**reply** 2:10 7:10
**residential**
11:20 12:22
**resolution** 4:19
4:21
**resolve** 6:3
13:2
**respect** 12:20
**response** 8:1
**responses** 2:4
**retain** 11:13
**retains** 12:18
**rise** 10:7
**road** 15:21
**robert** 2:16
3:15
**rule** 12:1
**rulings** 14:3

| **s** | **sir** 8:20 | **t** | **unable** 4:21 |
|---|---|---|---|
| **s** 2:11 3:1 4:1 | **situation** 7:13 | **t** 2:5 3:13 15:1 | **under** 6:8 7:22 |
| **s.d.n.y.** 11:21 | **solutions** 15:20 | 15:1 | 8:16 12:5 13:7 |
| 12:4,22 | **sonya** 2:25 | **taggert** 5:6 | **unfortunately** |
| **samet** 3:16 | 15:3,8 | **take** 4:23 5:15 | 4:12 |
| 5:22 | **southern** 1:2 | 10:6 | **united** 1:1,11 |
| **says** 4:17 | **stage** 11:11,12 | **tax** 4:16 5:12 | **unknown** 1:25 |
| **sdny** 11:8 | 13:1 | 6:14 7:2 13:9 | **unmute** 10:22 |
| **se** 3:10 | **standing** 11:6 | **technical** 12:7 | **urged** 6:22 |
| **seacarriers** | **start** 5:11 8:17 | **terms** 5:7 7:14 | **use** 8:16 |
| 11:14 | **state** 6:3 7:8,18 | 8:6,8,24 9:4,4 | **used** 6:11 |

| | | **thank** 5:19,21 | **v** |
|---|---|---|---|
| **sean** 1:7 2:2,12 | 9:15 | 8:18,21 10:8,9 | **v** 11:22 12:7 |
| 3:4 4:2,10 7:4 | **stated** 6:10 | 10:11 11:2 | **valid** 5:13 |
| 9:24 | **states** 1:1,11 | 13:12,13 | **veritext** 15:20 |
| **second** 5:4 | 9:23 | **think** 5:4,7 | **videoconfere...** |
| 10:12,17 | **stating** 5:2 | 8:23 | 2:3 |
| **section** 12:1,14 | **stay** 6:5 | **third** 4:13 | **view** 6:10 |
| 13:8 | **steel** 11:22 | **time** 5:19 | **voice** 10:13,16 |
| **secure** 6:25 | **stevens** 3:10 | 12:14 | 10:20 |
| **see** 11:17,21 | **stipulation** | **transcribed** | |

| | | | **w** |
|---|---|---|---|
| 13:10 | 8:25 9:3,23 | 2:25 | **want** 7:17,18 |
| **sees** 13:5 | 10:3 | **transcript** 4:16 | **wary** 9:5 |
| **selection** 7:11 | **stopped** 10:16 | 4:16 7:2 15:4 | **we've** 7:9 |
| **set** 12:21 | **street** 1:12 | **treating** 9:6 | **westchester** |
| **settlement** 2:13 | **subject** 5:2 | **tried** 4:19 | 6:7 7:8 9:16 |
| 4:9,11 6:2,6,8 | 8:11 10:14 | **true** 15:4 | **wiles** 9:2 12:20 |
| 6:12,24 7:10 | 11:4 12:17 | **trustee** 3:10 | **wilson** 12:4 |
| 7:14 8:5,6,8,8 | **submit** 13:11 | **trying** 6:16 | **wish** 9:16 |
| 8:10,13,22,24 | **substance** 12:7 | **two** 4:9,12,18 | **wishes** 7:4 |
| 9:14 12:20 | **suite** 15:22 | 5:25 13:4 | **withdraw** 6:11 |
| 13:3,6 | **supplemental** | | 6:15 13:8 |

| | | **u** | |
|---|---|---|---|
| **signature** 15:7 | 5:14 | **u.s.** 1:23 | **withdrew** 6:14 |
| **signed** 11:6 | **supreme** 6:8 | **u.s.c.** 11:5,16 | **word** 8:19 |
| **simply** 6:18 | 7:7 9:16 | 11:17,20,20 | **words** 9:6 |
| 8:24 11:12 | **sure** 5:23 | 12:3 13:9 | |
| 13:1 | | | |

**work** 6:17
**written** 6:2

### x

**x** 1:4,10 14:1

### y

**years** 4:9,18
5:25 6:14 13:4
**yep** 13:14
**yonkers** 3:6
**york** 1:2 7:8
12:16

### z

**zoomgov** 2:4