Exhibit C

# Wage and Income Transcript

                          Request Date:    02-23-2023
                         Response Date:   02-23-2023
                       Tracking Number:  103911470878

**SSN Provided:** ███-██-7074
**Tax Period Requested:** December, 2019

## Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN): 831569982
WELL DUNN CONSTRUCTION CORP
8 VESCHI LANE N
MAHOPAC, NY 10541-0000

**Employee:**
Employee's Social Security Number: ███-██-7074
SEAN M DUNN
8 VESCHI LANE NORTH
MAHOPAC, NY 10541-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $5,000.00 |
| Federal Income Tax Withheld: | $621.00 |
| Social Security Wages: | $5,000.00 |
| Social Security Tax Withheld: | $310.00 |
| Medicare Wages and Tips: | $5,000.00 |
| Medicare Tax Withheld: | $72.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |

| | |
|---|---|
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b) Plan: | $0.00 |
| Code "FF" Permitted benefits under a qualified small employer health reimbursement arrangement: | $0.00 |
| Code "GG" Income from Qualified Equity Grants Under Section 83(i): | $0.00 |
| Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close of the Calendar Year: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |
| W2 Submission Type: | Original |
| W2 WHC SSN Validation Code: | Correct SSN |

# Form 5498 Individual Retirement Arrangement Contribution Information

**Trustee:**
Trustee/Issuer's Federal Identification Number (FIN): 043107527
FIDELITY INVESTMENTS
TA> FIDELITY INVEST INST OPS CO
100 SALEM ST MZ 02S
SMITHFIELD, RI 02917-1234

**Participant:**
Participant's Identification Number: ███-7074
SEAN M DUNN
PO BOX 1161
YORKTOWN HTS, NY 10598-8161

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | AAFR0130701482322136 |
| IRA Contributions: | $0.00 |
| Rollover Contributions: | $0.00 |
| Roth Conversion Amount: | $0.00 |
| Recharacterized Contributions: | $0.00 |
| Fair Market Value of Account: | $178.00 |
| Life Insurance Cost Included in Box 1: | $0.00 |
| SEP Code: | Not Checked |
| IRA Code: | Not Checked |
| Simple Code: | Checked |
| Roth IRA Code: | Not Checked |
| RMD For Subsequent Year: | RMD box not checked |
| RMD Date: | 00-00-0000 |
| Year: | |
| Postponed Contribution Code: | |
| Repayments Code: | |
| Fair Market Value of certain specified assets: | N/A |
| SEP Contributions: | $0.00 |
| SIMPLE Contributions: | $0.00 |
| Roth IRA Contributions: | $0.00 |
| Required Minimum Distribution Amount: | $0.00 |
| Postponed Contributions: | $0.00 |

| | |
|---|---|
| Repayment of a qualified reservist distribution or federally designated disaster withdrawal repayment: | $0.00 |
| Fair Market Value of Certain Specified Assets: | $0.00 |

# Form 5498 Individual Retirement Arrangement Contribution Information

**Trustee:**
Trustee/Issuer's Federal Identification Number (FIN): 436402078
AMERICAN CENTURY SERVICES
TEFRA AGENT
PO BOX 419385
KANSAS CITY, MO 64141-6385

**Participant:**
Participant's Identification Number: ███-██-7074
SEAN DUNN
8 VESCHI LN N
MAHOPAC, NY 10541-3207

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 945462122647074AA |
| IRA Contributions: | $0.00 |
| Rollover Contributions: | $0.00 |
| Roth Conversion Amount: | $0.00 |
| Recharacterized Contributions: | $0.00 |
| Fair Market Value of Account: | $3,279.00 |
| Life Insurance Cost Included in Box 1: | $0.00 |
| SEP Code: | Not Checked |
| IRA Code: | Not Checked |
| Simple Code: | Checked |
| Roth IRA Code: | Not Checked |
| RMD For Subsequent Year: | RMD box not checked |
| RMD Date: | 00-00-0000 |
| Year: | |
| Postponed Contribution Code: | |
| Repayments Code: | |
| Fair Market Value of certain specified assets: | N/A |
| SEP Contributions: | $0.00 |
| SIMPLE Contributions: | $3,150.00 |
| Roth IRA Contributions: | $0.00 |
| Required Minimum Distribution Amount: | $0.00 |
| Postponed Contributions: | $0.00 |
| Repayment of a qualified reservist distribution or federally designated disaster withdrawal repayment: | $0.00 |
| Fair Market Value of Certain Specified Assets: | $0.00 |

# Form 1099-DIV

**Payer:**
Payer's Federal Identification Number (FIN): 043523567

NATIONAL FINANCIAL SERVICES LLC
499 WASHINGTON BLVD
JERSEY CITY, NJ 07310-0000

**Recipient:**
Recipient's Identification Number: ███-7074
SEAN DUNN
PO BOX 1161
YORKTOWN HTS, NY 10598-8161

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | DX22442410 |
| Tax Withheld: | $0.00 |
| Capital Gains: | $0.00 |
| Non-Dividend Distribution: | $0.00 |
| Cash Liquidation Distribution: | $0.00 |
| Non-Cash Liquidation Distribution: | $0.00 |
| Investment Expense: | $0.00 |
| Ordinary Dividend: | $15.00 |
| Collectibles (28%) Gain: | $0.00 |
| Unrecaptured Section 1250 Gain: | $0.00 |
| Section 1202 Gain: | $0.00 |
| Foreign Tax Paid: | $0.00 |
| Qualified Dividends: | $15.00 |
| Section 199A REIT Dividends: | $0.00 |
| Second Notice Indicator: | No Second Notice |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |
| Exempt Interest Dividends: | $0.00 |
| Specified Private Activity Bond Interest Dividend: | $0.00 |

# Form 1099-INT

**Payer:**
Payer's Federal Identification Number (FIN): 043523567
NATIONAL FINANCIAL SERVICES LLC
499 WASHINGTON BLVD
JERSEY CITY, NJ 07310-0000

**Recipient:**
Recipient's Identification Number: ███-7074
SEAN DUNN
PO BOX 1161
YORKTOWN HTS, NY 10598-8161

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | IX22442410 |
| Interest: | $0.00 |
| Tax Withheld: | $0.00 |
| Savings Bonds: | $0.00 |
| Investment Expense: | $0.00 |
| Interest Forfeiture: | $0.00 |
| Foreign Tax Paid: | $0.00 |
| Tax-Exempt Interest: | $0.00 |

| | |
|---|---:|
| Specified Private Activity Bond Interest: | $0.00 |
| Market Discount: | $0.00 |
| Bond Premium: | $0.00 |
| Bond Premium on Tax Exempt Bond: | $0.00 |
| Bond Premium on Treasury Obligations: | $0.00 |
| Second Notice Indicator: | No Second Notice |
| Foreign Country or US Possession: | |
| CUSIP Number: | 315994103 |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |

# Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 474307210
LAK 3 LLC
1943 BEEKMAN CT
YORKTOWN HEIGHTS, NY 10598-0000

**Recipient:**
Recipient's Identification Number: ███-7074
SEAN M DUNN
DBA WELL DUNN
8 VESCHI LN N
MAHOPAC, NY 10541-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | |
| Tax Withheld: | $0.00 |
| Non-Employee Compensation: | $322,868.00 |
| Medical Payments: | $0.00 |
| Fishing Income: | $0.00 |
| Rents: | $0.00 |
| Royalties: | $0.00 |
| Other Income: | $0.00 |
| Substitute Payments for Dividends: | $0.00 |
| Excess Golden Parachute: | $0.00 |
| Crop Insurance: | $0.00 |
| Attorney Fees: | $0.00 |
| Foreign Tax Paid: | $0.00 |
| Section 409A Deferrals: | $0.00 |
| Section 409A Income: | $0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data