UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                            Chapter 7

SEAN DUNN,                                  Case No. 18-36566 (CGM)

                              Debtor.
-----------------------------------------------------------X

# ORDER PURSUANT TO RULE 2004 OF THE
# FEDERAL RULES OF BANKRUPTCY PROCEDURE
# <u>DIRECTING THE PRODUCTION OF DOCUMENTS</u>

Upon the application dated April 17, 2024 (the "**Application**") of LAK3, LLC ("**LAK**"), creditor of Sean Dunn (the "**Debtor**") and party in interest in the above-captioned Chapter 7 Proceeding, for an order pursuant to 11 U.S.C. §105(a) and Fed. R. Bankr. P. 2004 allowing LAK to issue a subpoena upon the Department of Treasury - Internal Revenue Service (the "**IRS**") for the production of documents and after due deliberation, the Court having concluded that LAK has established sufficient cause for the relief granted herein; an no additional notice being required except as specified herein; now, therefore, it is hereby

**ORDERED** that, pursuant to Bankruptcy Rule 2004, the Application is approved; and it is further

**ORDERED** that, pursuant to Bankruptcy Rules 2004 and 9016, Kirby Aisner & Curley LLP ("**KAC**"), as officers of the Court, are authorized and directed to issue the subpoena annexed hereto as Exhibit A upon the IRS ("**Subpoena**") in accordance with Rule 45(a)(1)(A) of the Federal Rules of Civil Procedure directing the production of documents; and it is further

**ORDERED** that the IRS is directed to produce for examination and inspection to KAC at 700 Post Road, Suite 237, Scarsdale, New York 10583, Attn: Julie Cvek Curley, Esq., or by email

to jcurley@kacllp.com , the records, documents and electronic files that are in the IRS's possession, custody and control listed on the Subpoena; and it is further

**ORDERED**, that twenty-one (21) days' notice for the production of the records, documents and electronic files set forth above shall be deemed good and sufficient notice of the production of such records, documents and electronic files; and it is further

**ORDERED**, that service of a copy of this Order and the Subpoena by overnight mail upon the IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 shall be deemed good and proper service of this Order and the Subpoena; and it is further

**ORDERED**, that this Order is without prejudice to the Debtor's rights to file further motions seeking additional documents and testimony pursuant to Bankruptcy Rule 2004(a) or any other applicable law; and it is further

**ORDERED**, that this Court shall retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement, and enforce the provisions of this Order.



**Dated: April 22, 2024**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**