UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
---------------------------------------------------------------X

In re                                                    Chapter 7

SEAN M. DUNN,                                            Case No. 18-36566(CGM)

         Debtor.

---------------------------------------------------------------X

**ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY
PROCEDURE 2004 DIRECTING THE PRODUCTION OF
DOCUMENTS FROM THE INTERNAL REVENUE SERVICE**

Upon the Application for a Federal Rule of Bankruptcy Procedure 2004 Examination of the Internal Revenue Service of Sean M. Dunn dated April 24, 2024 for an order pursuant to Bankruptcy Code Section 105(a), 11 U.S.C. §105(a), and Federal Rule of Bankruptcy Procedure 2004 authorizing Mr. Sean M. Dunn to issue a subpoena upon the Department of Treasury - Internal Revenue Service (the "IRS") for the production of documents (the "Application"); after due deliberation; there being sufficient cause; and upon all the proceedings had herein, it is

**ORDERED**, that the Application is granted; it is further

**ORDERED**, that, pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016, Carlos J. Cuevas, Esq., as an officer of this Court, is authorized to issue the subpoena annexed hereto as Exhibit upon the IRS ("Subpoena") in accordance with Rule 45(a)(1)(A) of the Federal Rules of Civil Procedure directing the production of documents; and it is further

**ORDERED**, that the IRS is directed to produce for examination and inspection to Carlos J. Cuevas, Esq. at 1250 Central Park Avenue, Yonkers, New York 10704, or by email to ccuevas576@aol.com, the records, documents and electronic files that are in the IRS's possession, custody, and control that are responsive to the Subpoena; and it is further

1

**ORDERED**, that twenty-one (21) days' notice for the production of the records, documents and electronic files set forth above shall be deemed good and sufficient notice of the production of such records, documents, and electronic files; and it is further

**ORDERED**, that service of a copy of this Order and the Subpoena by overnight mail upon the Centralized Insolvency Operation, IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 shall be deemed good and proper service of this Order and the Subpoena; and it is further

**ORDERED**, that this Order is without prejudice to LAK3, LLC's rights to file further motions seeking additional documents and testimony pursuant to Bankruptcy Rule 2004(a) or any other applicable law; and it is further

**ORDERED**, that this Court shall retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement, and enforce the provisions of this Order.



**Dated: April 26, 2024**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**