# EXHIBIT H

INTERNAL REVENUE SERVICE  IRS

# FAX TRANSMISSION
## Cover Sheet

Date: April 30, 2024

**To:** Carlos Cuevas

Address/Organization: _____

Fax Number: (914) 423-8964            Office Number: _____

**From:** Sylvia Anne

Address/Organization: Internal Revenue Service

Fax Number: (844) 211-4414            Office Number: 267-941-6240

Number of pages: 3    *Including cover page*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Subject: 1099

This communication is intended for the sole use of the individual to whom it is addressed and may contain confidential information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the provisions of the Internal Revenue code. If you have received this communication in error, please contact the sender immediately by telephone. Thank you.

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 04-25-2024 |
| Response Date: | 04-25-2024 |
| Tracking Number: | 105888102162 |

SSN Provided: 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
Tax Period Requested: December, 2019

## Form 1099-MISC

Payer:
Payer's Federal Identification Number (FIN):474307210
LAK 3 LLC
1943 BEEKMAN CT
YORKTOWN HEIGHTS, NY 10598-0000

Recipient:
Recipient's Identification Number: XXX-XX-7074
SEAN M DUNN
DBA WELL DUNN
8 VESCHI LN N
MAHOPAC, NY 10541-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | |
| Tax Withheld: | $0.00 |
| Non-Employee Compensation: | $322,868.00 |
| Medical Payments: | $0.00 |
| Fishing Income: | $0.00 |
| Rents: | $0.00 |
| Royalties: | $0.00 |
| Other Income: | $0.00 |
| Substitute Payments for Dividends: | $0.00 |
| Excess Golden Parachute: | $0.00 |
| Crop Insurance: | $0.00 |
| Attorney Fees: | $0.00 |
| Foreign Tax Paid: | $0.00 |
| Section 409A Deferrals: | $0.00 |
| Section 409A Income: | $0.00 |
| Direct Sales Indicator: | Not Direct Sales |

FATCA Filing Requirement: Box not checked no Filing Requirement
Second Notice Indicator: No Second Notice

This Product Contains Sensitive Taxpayer Data

FATCA Filing Requirement: Box not checked no Filing Requirement
Second Notice Indicator: No Second Notice

This Product Contains Sensitive Taxpayer Data