# EXHIBIT I



**Department of the Treasury**
**Internal Revenue Service**
**Privacy, Governmental Liaison and**
**Disclosure**
**GLDS Support Services**
Stop 93A
PO Box 621506
Atlanta, GA 30362

**Date:**
September 24, 2024
**Employee name:**
Talitha Wall
**Employee ID number:**
1002978585
**Telephone number:**
737-800-6065
**Fax number:**
855-205-9332
**Case number:**
2024-15286
**Re: LAK 3**

Julie Cvek Curley
Kirby Aisner & Curley LLP
700 Post Road, Suite 237
Scarsdale, NY 10583

Dear Julie Cvek Curley:

This is in response to the subpoena issued in the case titled "US Bankruptcy Court Southern Dist. Of NY – Sean Dunn (Debtor)", received in our office on April 25, 2024, and my discussions with Counsel Attorney Nicole Vanderveer regarding your request for copies of Form 1096 and Form 1099 issued by LAK 3.

Previously we sent you a letter dated May 24, 2024, and IRMF PAYER REQUEST which included transcripts of Form 1099-MISC and Summary issued by your client for tax year 2019, documents enclosed.

Per our procedures once the information from Form 1096 and 1099's is entered into our electronic system the paper documents are destroyed, therefore we do not have the original documents or copies of those documents.

If you have questions, you can contact the person at the telephone number at the top of this letter.

Sincerely,

D. Nimmo
Disclosure Manager
Disclosure Office 09

Enclosure:
 Responsive Documents

REQUEST DATA: PAYER TIN    474307210 TIN TYPE AND VALIDITY 4  PAYEE VALIDITY 4
              REQUESTED DOC TYPE 99


DOCUMENT TYPE: 1099-MISC ON FILE DATE: 03-12-2020 ORIGINAL SUBMISSION
PAYEE ENTITY DATA:          SSN ▓▓▓-4821 -- VALID SSN
  GERALD J DUNN                    PYR'S SUBMISSION DLN: 73569045218420
  DBA WELL DUNN                    TRN CNTL CD: N/A      PYR OFC CD: N/A
  2719 STRANG BLVD                 SUBMITTED TO: IRS ON: PAPER
  YORKTOWN HEIGHTS                 NOT DIRECT SALES
  STATE: NY ZIP: 10598-0000        NO SECOND NOTICE
ACCOUNT NUMBER: N/A                FATCA IND:NO
PAYER ENTITY DATA: TIN 474307210
  LAK 3 LLC
  1943 BEEKMAN CT
  YORKTOWN HEIGHTS          NY 10598


FED TAX WH...........$0
NONEMP COM......$322,868+


------------------------------------------------------------------------

DOCUMENT TYPE: 1099-MISC ON FILE DATE: 03-12-2020 ORIGINAL SUBMISSION
PAYEE ENTITY DATA:          SSN ▓▓▓-7074 -- VALID SSN
  SEAN M DUNN                      PYR'S SUBMISSION DLN: 73569045218420
  DBA WELL DUNN                    TRN CNTL CD: N/A      PYR OFC CD: N/A
  8 VESCHI LN N                    SUBMITTED TO: IRS ON: PAPER
  MAHOPAC                          NOT DIRECT SALES
  STATE: NY ZIP: 10541-0000        NO SECOND NOTICE
ACCOUNT NUMBER: N/A                FATCA IND:NO
PAYER ENTITY DATA: TIN 474307210
  LAK 3 LLC
  1943 BEEKMAN CT
  YORKTOWN HEIGHTS          NY 10598


FED TAX WH...........$0
NONEMP COM......$322,868+


------------------------------------------------------------------------

REQUEST DATA: PAYER TIN     474307210 TIN TYPE AND VALIDITY 4  PAYEE VALIDITY 4
              REQUESTED DOC TYPE 99

***SUMMARY***

NUMBER OF DOCUMENT(S) ON FILE: 2

| GROUP | AMOUNT | GROUP | AMOUNT |
|---|---|---|---|
| NONEMP COM......$645,736+ | | | |