# EXHIBIT J

11/6/2024 2:36:21 PM

# REQUEST TO SEND

| | |
|---|---|
| Ship Item On: | 11/6/2024 |
| Sender: | MAIL |
| | PERELSON WEINER LLP   10171 NY |
| Sender Instructions: | Attach form to item & forward to Mailing/Shipping area |



RTS 7725

| | |
|---|---|
| Account 1: | 61041000 - Kleinschmidt, Edward & Lesley |
| Send To: | Department of the Treasury |
| | Internal Revenue Service Center |
| | AUSTIN, TX  73301 |
| Class of Service: | First Class Mail - Large Envelope (Flat) Certified Electronic Return Receipt |
| Shipper Instructions: | Scan barcode to setup MailOne, place item on scale and print certified form |
| Notes: | Lak3 2019 1099-MISC amended |



9595 ☐ VOID ☒ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2019** Form **1099-MISC** | Miscellaneous Income |
|---|---|---|---|
| LAK 3 LLC 1943 BEEKMAN COURT YORKTOWN HEIGHTS, NY 10598 | 2 Royalties $ | | |

| | | 3 Other income $ | 4 Federal income tax withheld $ | Copy A |
| PAYER'S TIN 47-4307210 | RECIPIENT'S TIN ███-██-7074 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | For Internal Revenue Service Center File with Form 1096. |
| RECIPIENT'S name SEAN M. DUNN DBA WELL DUNN | | 7 Nonemployee compensation $ 0.00 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns. |
| Street address (including apt. no.) 8 VESCHI LANE N | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City or town, state or province, country, and ZIP or foreign postal code MAHOPAC, NY 10541 | | 11 | 12 | |
| Account number (see instructions) | FATCA filing requirement ☐ | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**  38-2099803  Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

9595 ☐ VOID ☐ CORRECTED

Form 1099-MISC 2019 Miscellaneous Income (blank second copy)

Form **1099-MISC**  38-2099803  Department of the Treasury - Internal Revenue Service

DETACH BEFORE MAILING

NTF 2562651  BMISFED

Do Not Staple  6969

# Form 1096
Department of the Treasury
Internal Revenue Service

## Annual Summary and Transmittal of U.S. Information Returns

OMB No. 1545-0108

**2019**

FILER'S name
**LAK 3 LLC**

Street address (including room or suite number)
**1943 BEEKMAN COURT**

City or town, state or province, country, and ZIP or foreign postal code
**YORKTOWN HEIGHTS, NY 10598**

Name of person to contact: **JOHN BUCHHEIT**
Telephone number: **212-605-3127**
Email address: **jbuchheit@pwcpa.com**
Fax number: **212-605-3128**

For Official Use Only

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 47-4307210 | | 1 | $ 0.00 | $ 0.00 |

6 Enter an "X" in only one box below to indicate the type of form being filed.
7 Form 1099-MISC with NEC in box 7, check ............ ▶

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ *[signed] J. Buchheit*   Title ▶ CPA   Date ▶ 11/6/24

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096*.

**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE System. See Pub. 1220.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. For more information, see part F in the 2019 General Instructions for Certain Information Returns.

Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.

**Who must file.** Any person or entity who files any of the forms shown in line 6 above must file Form 1096 to transmit those forms to the IRS.

Enter the filer's name, address (including room, suite, or other unit number), and taxpayer identification number (TIN) in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** File Form 1096 as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2020.

**Caution:** We recommend you file Form 1099-MISC, as a **stand-alone** shipment, by January 31, 2020, if you are reporting **nonemployee compensation (NEC)** in box 7. Also, check box 7 above.

• With Forms 5498, file by June 1, 2020.

### Where To File

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following address |
|---|---|
| Alabama, Arizona, Arkansas, Delaware, Florida, Georgia, Kentucky, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Texas, Vermont, Virginia | Department of the Treasury Internal Revenue Service Center Austin, TX 73301 |

DETACH BEFORE MAILING

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns.

Form **1096** (2019)
38-2099603



NTF 2582693

B1096

Form 1096 (2019) <span style="float:right">Page **2**</span>

| | |
|---|---|
| Alaska, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, North Dakota, Oklahoma, Oregon, South Carolina, South Dakota, Tennessee, Utah, Washington, Wisconsin, Wyoming | Department of the Treasury Internal Revenue Service Center P.O. Box 219256 Kansas City, MO 64121-9256 |
| California, Connecticut, District of Columbia, Louisiana, Maryland, Pennsylvania, Rhode Island, West Virginia | Department of the Treasury Internal Revenue Service Ogden, UT 84201 |

If your legal residence or principal place of business is outside the United States, file with the Department of the Treasury, Internal Revenue Service Center, Austin, TX 73301.

**Transmitting to the IRS.** Group the forms by form number and transmit each group with a separate Form 1096. For example, if you must file both Forms 1098 and 1099-A, complete one Form 1096 to transmit your Forms 1098 and another Form 1096 to transmit your Forms 1099-A. You need not submit original and corrected returns separately. Do not send a form (1099, 5498, etc.) containing summary (subtotal) information with Form 1096. Summary information for the group of forms being sent is entered only in boxes 3, 4, and 5 of Form 1096. We recommend you file Forms 1099-MISC reporting NEC separately from 1099-MISC forms not reporting NEC.

**Box 1 or 2.** Enter your TIN in either box 1 or 2, not both. Individuals not in a trade or business must enter their social security number (SSN) in box 2. Sole proprietors and all others must enter their employer identification number (EIN) in box 1. However, sole proprietors who do not have an EIN must enter their SSN in box 2. Use the same EIN or SSN on Form 1096 that you use on Form 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**Box 3.** Enter the number of forms you are transmitting with this Form 1096. Do not include blank or voided forms or the Form 1096 in your total. Enter the number of correctly completed forms, not the number of pages, being transmitted. For example, if you send one page of three-to-a-page Forms 1098-E with a Form 1096 and you have correctly completed two Forms 1098-E on that page, enter "2" in box 3 of Form 1096.

**Box 4.** Enter the total federal income tax withheld shown on the forms being transmitted with this Form 1096.

**Box 5.** No entry is required if you are filing Form 1098-T, 1099-A, or 1099-G. For all other forms in the listing that follows, enter the total of the amounts from the specific boxes identified for each form.

| | |
|---|---|
| Form W-2G | Box 1 |
| Form 1097-BTC | Box 1 |
| Form 1098 | Boxes 1 and 6 |
| Form 1098-C | Box 4c |
| Form 1098-E | Box 1 |
| Form 1098-F | Box 1 |
| Form 1098-Q | Box 4 |
| Form 1099-B | Boxes 1d and 13 |
| Form 1099-C | Box 2 |
| Form 1099-CAP | Box 2 |
| Form 1099-DIV | Boxes 1a, 2a, 3, 9, 10, and 11 |
| Form 1099-INT | Boxes 1, 3, 8, 10, 11, and 13 |
| Form 1099-K | Box 1a |
| Form 1099-LS | Box 1 |
| Form 1099-LTC | Boxes 1 and 2 |
| Form 1099-MISC | Boxes 1, 2, 3, 5, 6, 7, 8, 10, 13, and 14 |
| Form 1099-OID | Boxes 1, 2, 5, 6, and 8 |
| Form 1099-PATR | Boxes 1, 2, 3, and 6 |
| Form 1099-Q | Box 1 |
| Form 1099-QA | Box 1 |
| Form 1099-R | Box 1 |
| Form 1099-S | Box 2 |
| Form 1099-SA | Box 1 |
| Form 1099-SB | Boxes 1 and 2 |
| Form 3921 | Boxes 3 and 4 |
| Form 3922 | Boxes 3, 4, and 5 |
| Form 5498 | Boxes 1, 2, 3, 4, 5, 8, 9, 10, 12b, 13a, and 14a |
| Form 5498-ESA | Boxes 1 and 2 |
| Form 5498-QA | Boxes 1 and 2 |
| Form 5498-SA | Box 1 |

**Corrected returns.** For information about filing corrections, see the 2019 General Instructions for Certain Information Returns. Originals and corrections of the same type of return can be submitted using one Form 1096.