# EXHIBIT A

# EXHIBIT A

Documents Reviewed by Brandon Lang, CPA

1. Fax transmission from Sylvia Anne of the IRS to Carlos J. Cuevas, Esq. dated April 30, 2024;
2. Letter from D. Nimmo, Disclosure Manager, IRS to Julie Cvek Curley, Esq. dated September 24, 2024;
3. Request to Send dated November 6, 2024 and send Perelson Weiner LLP;
4. Wage and Income Transcript of Sean M. Dunn dated 2-23-2023;
5. Wage and Income Transcript of Sean M. Dunn dated 2-12-2024;
6. Form 1099-MISC Sean M. Dunn;
7. Declaration of Jay A. Friedman dated March 20, 2024; and
8. Declaration of Ned Kleinschmidt dated March 21, 2024.