KIRBY AISNER & CURLEY LLP
*Co-counsel for LAK3 LLC*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Julie Cvek Curley, Esq.
jcurley@kacllp.com

*Hearing Date: May 28, 2025*
*Hearing Time: 10:00 a.m.*
*Objection Deadline: May 21, 2025*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

SEAN DUNN,

               Debtor.

-----------------------------------------------------------X

Chapter 7
Case No. 18-36566 (CGM)

## NOTICE OF ADJOURNMENT OF HEARING AND DEADLINES ON DEBTOR'S MOTION TO HOLD LAK3, LLC IN CIVIL CONTEMPT

**PLEASE TAKE NOTICE,** that upon the request of LAK3, LLC (ECF No. 116) in connection to the Debtor's Motion to Hold LAK3, LLC in Civil Contempt (the "Motion", ECF No. 114], the hearing on the Motion has been adjourned to **May 28, 2025, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Kyu Y. Paek, United States Bankruptcy Judge, Southern District of New York (Poughkeepsie Division), with responses to the Motion to be filed no later than **May 21, 2025**.

**PLEASE TAKE FURTHER NOTICE,** that all hearings will be conducted remotely using *ZOOM for Government*. Parties that wish to appear at the hearing are required to register their appearance by 4:00 p.m. the day prior to the scheduled hearing by utilizing the Electronic Appearance Portal https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl located on the Court's website.

Dated: Scarsdale, New York
      April 30, 2025

KIRBY AISNER & CURLEY LLP
*Co-counsel for LAK3 LLC*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500

By: */s/ Julie Cvek Curley*
     Julie Cvek Curley, Esq.